■ LAWRENCE MULLER, Individually and as Father and Natural Guardian of SUSAN MULLER, an Infant, et al., Respondents, v. ROBERT M. DIXON et al., Appellants.— Order of the Supreme Court, Rockland County, dated September 29, 1971, affirmed, with $10 costs and disbursements, without prejudice to defendants' rights to seek a physical examination and an examination before

trial. The trial of this long overdue action should proceed forthwith. Rabin, P. J., Hopkins, Martuscello, Latham and Shapiro, JJ., concur.